# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| MITCHELL H. FEINBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV408-093 |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Plaintiff has filed a complaint and a motion to proceed *in forma pauperis* in this action against the Social Security Administration. (Docs. 1, 2.) He seeks to have the Court review information in documents attached to his complaint and to "file charges against anyone involved." (Doc. 1 at 1.) Plaintiff alleges that he receives only $490 per month in SSI and SSA benefits but would like to receive at least $2,500 per month. (Id., SSA Letter of May 15, 2008 at 1; id., Request for Reconsideration at 1.) He also appears to be challenging an overpayment decision. (Id., SSA

Letter of August 3, 2007 at 1.) Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**, but for the following reasons, his case should be summarily **DISMISSED**.

United States district courts have very limited jurisdiction in social security cases. The district courts have jurisdiction only over appeals from "final" decisions of the Social Security Commissioner. See 5 U.S.C. § 702; 42 U.S.C. §§ 405(g), 421(d); and 20 C.F.R. § 422.210. Prior to appearing in federal court, a claimant must first seek an initial *administrative* determination of the benefits to which he is entitled. Social Security Disability Claims, Appendix 3 § 404.900(a). If dissatisfied with the initial determination, he may ask for reconsideration. Id. If dissatisfied with both the reconsideration and initial determination, a claimant may request a hearing before an administrative law judge, and if unhappy with the decision of the administrative law judge, he may request that the Appeals Council review the decision. Id. Not until these administrative review steps are completed has a "final" decision been rendered. Id. Once a final administrative decision is entered, a claimant may request judicial review by filing an action in federal

district court. Id. Feinberg does not appear to be challenging a "final" decision of the Social Security Commissioner. He does not contend that he has appeared before an administrative law judge or the Appeals Council. (Doc. 1.) Accordingly, his complaint should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 2nd day of June, 2008.

/s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**